UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BRYANT LOWE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:20-cv-09758-SB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Submission (Dkt. 21), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 22).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.[1]

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner.

Dated:  July 3, 2022

Stanley Blumenfeld, Jr.
United States District Judge

---

[1] In adopting the Report and Recommendation, the Court notes that the administrative law judge (ALJ) found that Plaintiff did not satisfy Paragraph C of Listing 12.04.  Plaintiff does not challenge this finding in the Joint Submission.